# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO POLINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOYO INK AMERICA, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 2:17-cv-04461 JAK-RAO<br><br>**ORDER RE STIPULATION TO DISMISS CASE WITH PREJUDICE** |

IT IS HEREBY ORDERED that the Stipulation is **GRANTED**. Pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 12, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE