# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO POLINO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TOYO INK AMERICA, LLC and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. LA CV17-04461 JAK (RAOx)<br><br>**ORDER RE STIPULATION OF DISMISSAL OF ACTION OF THE INDIVIDUAL CLAIMS WITH PREJUDICE, AND THE PUTATIVE CLASS CLAIMS WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that the Stipulation is **GRANTED**. Pursuant to the Amended Stipulation of the Parties, this matter is dismissed in its entirety, with prejudice as to the named Plaintiff, with prejudice as to the PAGA claims, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 29, 2019   _____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE